# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVEN BETTIS, | : |
| Petitioner, | : |
| | CIVIL ACTION NO. 21-0136-WS-MU |
| | : |
| vs. | CRIMINAL NO. 17-00061-WS |
| | : |
| UNITED STATES OF AMERICA, | |
| | : |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 25, 2021, is **ADOPTED** as the opinion of this Court.

**DONE** this 14th day of September 2021.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**